PROB 12A
(7/93)

Report Date: January 10, 2006

# United States District Court

for the

Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| Name of Offender: Treze Antwon Qualls | Case Number: 2:02CR02154-001 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

| | |
|---|---|
| Date of Original Sentence: 6/11/2003 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of a Controlled Substance-5 or More Grams of Cocaine Base, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 10/11/2004 |
| Original Sentence: Prison - 30 Months; TSR - 36 Months | Date Supervision Expires: 10/10/2007 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On October 3, 2005, Mr. Qualls was charged with Rape 3rd Degree in the Benton County Superior Court, docket number 05-1-01255-6. Trial is currently schedule for January 30, 2006. |

**U.S. Probation Officer Action**:

This officer recommends no action until this case is resolved. Mr. Qualls has never been incarcerated in this matter and remains compliant with all other conditions of his supervision.

Respectfully submitted,

by _____

Curtis G. Hare
U.S. Probation Officer
Date: January 10, 2006

Prob12A
Re: Qualls, Treze Antwon
January 10, 2006
Page 2

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

1/10/06
_____
Date